UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| EULEE WILSON and<br>KAREN WILSON | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:19-CV-809-HTW-LRA |
| DOLGENCORP, LLC; and<br>JOHN DOE DEFENDANTS I THRU V | DEFENDANT |

### ENTRY OF APPEARANCE

Gerald L. Kucia of the law firm of Copeland, Cook, Taylor & Bush, P.A., 600 Concourse, Suite 200, 1076 Highland Colony Parkway, Ridgeland, Mississippi, 39157, enters his appearance as counsel of record for the Defendant Dolgencorp, LLC in the above-referenced civil action.

This the 13th day of May, 2020.

Respectfully submitted,

**Dolgencorp, LLC, Defendant**

By: */s/ Gerald L. Kucia*
Gerald L. Kucia (MSB # 8716)

OF COUNSEL:

**COPELAND COOK TAYLOR AND BUSH, P.A.**
600 Concourse, Suite 200
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone No.:  (601) 856-7200
Facsimile No.:   (601) 856-7626
drussel@cctb.com
jmacneill@cctb.com
gkucia@cctb.com

## **CERTIFICATE OF SERVICE**

I, Gerald L. Kucia, do hereby certify that I have this date electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

THIS, the 1st day of April, 2021.

                                           */s/ Gerald L. Kucia*
                                              Gerald L. Kucia